**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\* \* \*

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | 2:12-cr-00452-4-JAD-VCF |
| HENCOK KEFFELEW, | ) ) | |
| Defendant. | ) ) | **ORDER** |

Before this Court was Defendant's Sealed Ex Parte Motion to Withdraw and Appointment of New Counsel. ECF 167. Upon review of the motion and with good cause appearing, the court granted the motion. ECF 168.

Accordingly, IT IS HEREBY ORDERED that David T. Brown, Esq. is APPOINTED as counsel for Hencok Keffelew in place of the Federal Public Defender for all future proceedings.

The Federal Public Defender is directed to forward the file to Mr. Brown immediately.

DATED this 28th day of January 2016.
Nunc Pro Tunc to December 16, 2015.

_____
Jennifer A. Dorsey
UNITED STATES DISTRICT JUDGE